UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio McReynolds**  Docket No. 5:10-CR-154-1BO

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio McReynolds who upon an earlier plea of guilty to 18 U.S.C. § 661 Larceny of Personal Property, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 1, 2010, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Antonio McReynolds was released from custody on October 30, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. McReynolds received a citation for driving while license revoked and expired registration on December 1, 2015. The defendant failed to notify the probation officer of law enforcement interaction. The probation officer conducted routine record checks and was alerted of Mr. McReynolds new charges. This officer called Mr. McReynolds and he advised he had forgotten to notify his probation officer and he was unaware his license was revoked while he was incarcerated. The defendant was advised not to drive until all driving privileges are restored and notify USPO Holmes upon any contact with law enforcement. On December 9 and December 17, 2015, Mr. McReynolds received additional driving while license revoked citations. USPO Holmes was not notified following the additional charges.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall complete 40 hours of community service at a location approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2568<br>Executed On: December 29, 2015 |

Antonio McReynolds
Docket No. 5:10-CR-154-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge