UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio McReynolds                                    Docket No. 5:10-CR-154-1BO

### Petition for Action on Supervised Release

COMES NOW M. Lee Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Antonio McReynolds, who, upon an earlier plea of guilty to 18 U.S.C. § 661, Larceny of Personal Property, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 1, 2010, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Antonio McReynolds was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 28, 2015, (15CR4172), December 8, 2015, (15CR725716), and December 16, 2015, (15CR726296), the defendant was charged with Driving While License Revoked in Cumberland County, North Carolina. He admits the violations. It is believed that 40 hours of community service will serve as an appropriate sanction for these violations.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 40 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.

/s/ Robert K. Britt                             /s/M. Lee Holmes
Robert K.. Britt                                M. Lee Holmes
Supervising U.S. Probation Officer              Probation Officer
                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: 910-354-2568
                                                Executed On: December 31, 2015

Antonio McReynolds
Docket No. 5:10-CR-154-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __4__ day of __January__, 201**6** and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge