UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio McReynolds            Docket No. 5:10-CR-154-1BO

## Petition for Action on Supervised Release

COMES NOW Robert L. Thornton, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Antonio McReynolds, who, upon an earlier plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C. § 661, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 1, 2010, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Antonio McReynolds was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 29, 2015, and December 31, 2015, the probation office submitted petitions for modification of supervised release to add community service in response to the defendant's driving while license revoked on three occasions and failing to report contact with law enforcement to the probation officer. The court signed orders on December 31, 2015, and January 4, 2016, adding community service as a condition of supervised release. The probation office mistakenly submitted two petitions for the same violation conduct. It is therefore respectfully recommended that the order signed on December 31, 2015, be stricken.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The order for 40 hours of community service filed on January 4, 2016, is hereby stricken.

Except as herein modified, the judgment shall remain in full force and effect.

                                              I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Robert L. Thornton
                                              Robert L. Thornton
                                              Supervising U.S. Probation Officer
                                              310 Dick Street
                                              Fayetteville, NC 28301-5730
                                              Phone: 910-354-2535
                                              Executed On: January 21, 2016

Antonio McReynolds
Docket No. 5:10-CR-154-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _25_ day of _January_, 2016 and ordered filed and made a part of the records in the above case.

*Terrence W. Boyle*
Terrence W. Boyle
U.S. District Judge